IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NICHOLAS RUSK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-537-ECM |
| | ) | |
| J. HARPER, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On September 4, 2025, the Magistrate Judge entered a Recommendation (doc. 3) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 3) is ADOPTED, and this case is TRANSFERRED to the United States District Court for the Central District of Illinois.

DONE this 5th day of February, 2026.

        /s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE